Court Name: U.S. District Court for the District of New Hampshire
Case Name: Christopher Polansky v. N.H. D.O.C., Commissioner, et al.
Case Number: 001:12-cv-105 PB

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

emphasized for him to continue taking by Dr. Tabitha Washington of the Dartmouth Hitchcock Medical Center's Pain Clinic until the plaintiff's wounds healed so that he could ultimately recieve an injectable pain block into his coccyx area to relieve him of the burning pain he suffers from, Plaintiff has recieved 5 (five) disciplinary tickets all related to the additional wounds he has suffered because of the inexcusable negligence of the nursing and medical staff, which is directly related to a pattern of negativity which plaintiff wholeheartedly believes occured in retaliation for plaintiff's filing of this lawsuit.

3.) Plaintiff, while a patient of the R.T.U., was to recieve his 2003 Magnavox T.V. as soon as he recieved the 3 (three) 3-foot long pieces of cable and the package of cable connectors that his sister had to order for

COURT NAME: U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE
CASE NAME: CHRISTOPHER POLANSKY V. N.H. D.O.C. COMMISSIONER, et al.
CASE NUMBER: 001:12-cv-105 PB

HIM BECAUSE THE PIECE OF CABLE AND CONNECTORS THAT WERE ON THE T.V., WENT MISSING (STOLEN PERHAPS?) AND HE COULD NOT TAKE POSSESSION OF THE T.V. WITHOUT THEM. HE WAS ABRUPTLY MOVED BACK TO THE H.S.C., SEPTEMBER 20TH, AND WAS STILL WAITING FOR THOSE ITEMS TO COME IN WHERE ON OCTOBER 7th, HE RECIEVED A 5 (FIVE) DAY NOTICE STATING THAT HE HAD TO MAIL OUT AND/OR DESTROY AND/OR HAD TO HAVE SOMEONE PICK UP THOSE ITEMS BECAUSE THE PROPERTY OFFICER CLAIMED THAT THE T.V. THAT THE PLAINTIFF SAID HE OWNED WAS NOT IN THE "CHORIS" SYSTEM AND WITHOUT A T.V., HE COULD NOT PURCHASE OR "OWN" CABLE OR THE CONNECTORS. EVEN THOUGH THE PLAINTIFF CLAIMED THAT HE COULD PROVE THAT HE ACTUALLY DID "OWN" THE T.V. (IT HAD HIS NAME AND I.D.# PRINTED ON THE T.V.) AND THAT THE "CHORIS" PROGRAM DIDN'T BEGIN UNTIL 2007, HIS PROPERTY WAS DESTROYED (DISPOSED OF HIS CABLE AND CONNECTORS.) AND NOW THAT THE PLAINTIFF IS BACK BEING A C-4 INMATE,

PROPERTY IS GOING TO MAKE THE PLAINTIFF - 5 (FIVE) DAY NOTICE HIS T.V.. SO NOW, THE PLAINTIFF HAS BEEN MADE TO 5 (FIVE) DAY NOTICE HIS T.V., STEREO CASSETTE PLAYER AND ALL OF HIS CASSETTES, HIS RULER, PHOTO ALBUMS, SHAVING SUPPLIES AND - OH, YES... HIS TWEEZERS. A REAL DANGEROUS WEAPON - THERE. AND.. HE CANNOT PURCHASE ANY CANTEEN ITEMS FOR 100 DAYS-, OR CALL HIS FAMILY-, OR HAVE ANY ELECTRONICS-, OR - OR - OR. AND OF COURSE, "NONE" OF THAT IS RETALITORY.

4.) BESIDES THE STAFF MEMBER IMPLYING THAT MY PURSUIT OF THIS ACTION RESULTING IN CERTAIN UNNAMED INDIVIDUALS SABOTAGING PLAINTIFF'S BID FOR MEDICAL PAROLE (WHICH IT HAS) OR BEING MISTREATED IN RETALIATION FOR FILING THIS ACTION (WHICH I HAVE AND CONTINUE TO BE) PLAINTIFF HAS NO CHOICE BUT TO AMEND HIS COMPLAINT TO INCLUDE A RETALIATION CLAIM.

WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THIS HONORABLE COURT TO:

A.) GRANT PLAINTIFF HIS OBJECTION AND TO AMEND HIS COMPLAINT TO INCLUDE A RETALIATION CLAIM.

COURT NAME: U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE
COURT CASE: CHRISTOPHER POLANSKY V. N.H.D.O.C., COMMISSIONER, et al.
CASE NUMBER: 001:12-CV-105 PB

B.) GRANT SUCH OTHER AND FURTHER RELIEF AS JUSTICE MAY REQUIRE.

RESPECTFULLY,

_Christopher Polansky_, PRO SE

CHRISTOPHER POLANSKY

Case 1:12-cr-00132-PB   Document 10   Filed 11/19/12   Page 4 of 4