**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

     **v.**                                    Case No. 12-cr-132-PB

<u>**Juan Luis Parrilla**</u>

<u>**O R D E R**</u>

The defendant, through counsel, moves to continue the August 20, 2013 trial in the above matter.  Defense counsel recently underwent hip replacement surgery and cites the need for additional time to complete recovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from August 20, 2013 to October 1, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh

the best interests of the public and the defendant in a speedy trial.

The suppression hearing currently scheduled for August 7, 2013 shall be continued until after September 1, 2013.  The clerk shall reschedule the hearing and set a final pretrial conference to immediately follow the hearing.

SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

July 26, 2013

cc:  William R. Sullivan, Jr., Esq.
     Terry L. Ollila, AUSA
     United States Marshal
     United States Probation